IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORGE GONZALEZ,

    Plaintiff,

v.

SERGEANT JANTZEN,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-619-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Jorge Gonzalez's failure to prosecute it.

_____      7/27/2011
Peter Oppeneer, Clerk of Court               Date